

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00437-CV

Jennay Marie **BRISCOE**,
Appellant

v.

James Nathan **BRISCOE**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17827
Honorable Laura Salinas, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on August 29, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 28, 2018. On September 26, 2018, the appellant filed a motion requesting an additional extension of time to file the brief until October 29, 2018, for a total extension of sixty days. Appellant's request was based on a document omitted from the clerk's record. A supplemental clerk's record containing the document has been filed. The motion is GRANTED. **FURTHER REQUESTS FOR EXTENSION OF TIME ARE DISFAVORED**. The Appellant's brief must be filed by October 29, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court